(No. 74-CC-266—Claimant )

ST. ELIZABETH HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 14, 1974.*

ST. ELIZABETH HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-302—Claimant )

IBM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENTS OF FINANCE AND PUBLIC AID, Respondent.

*Opinion filed February 14, 1974.*

IBM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.